IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN H. WAASER,

    Plaintiff,

v.                                             CASE NO. 1:05-cv-00115-MMP-AK

STREIT, INC., d/b/a
STREIT'S MOTORSPORTS,

    Defendant.
_____/

## O R D E R

This *pro se* employment discrimination matter is before the Court on Plaintiff's complaint. The Court is prepared to issue the summons for Defendant. However, Plaintiff has not submitted a service copy of the complaint, and thus, issuance of the summons is delayed.

Accordingly, it is **ORDERED:**

That no later than **November 8, 2005**, Plaintiff shall provide the Court with one (1) identical copy of his complaint with attachments for service on the Defendant.

**Failure to submit the service copies as directed will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this *26th* day of October, 2005.

                                  s/ A. KORNBLUM
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**