IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN H. WAASER,

    Plaintiff,

v.                                       CASE NO. 1:05-cv-00115-MP-AK

STREIT'S INC.,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 17, Motion to have court purchase transcript, by John H. Waaser. The motion is **DENIED** at this time. Summons and complaint have not yet been served on Defendant, and therefore, any attempts at discovery are premature. Plaintiff may renew his motion at a later time, if necessary and appropriate.

**DONE AND ORDERED** this *16th* day of May, 2006.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**