IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOHN H. WAASER,

      Plaintiff,

v.                                                                            CASE NO. 1:05-cv-00115-MP-AK

STREIT'S INC.,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

      This matter is before the Court on Doc. 22, Defendant's Motion to Dismiss for failure to prosecute and to serve the complaint timely.  Defendant is imminently correct that the complaint was not timely served, as the United States Marshal did not serve the complaint as directed in the Court's June 27, 2006, order.  This failure, however, is plainly not Plaintiff's fault, and thus, he has shown "good cause for the failure."  Fed. R. Civ. P. 4(m).

      On August 10, 2006, a member of the undersigned's staff was orally advised that the Marshal had encountered difficulties serving Defendant's agent, and that service had not been effected until the first week in August.  While the appropriate procedure would have been for the Marshal to have returned the summons unexecuted as of the date on which service was attempted--in which case the Court would have *sua sponte* extended the deadline for service pursuant to Rule 4(m)–the Marshal waited until the agent returned from vacation to effect

service at that time.  Certainly, the Marshal did not appreciate the consequences of handling the service in the manner he chose, but the end result is that the fault for the untimely service does not lie with Plaintiff.

When a plaintiff shows good cause for failure to serve a complaint timely, as the instant Plaintiff has done, the Court "shall extend the time for service for an appropriate period."  *Id*. Therefore, dismissal is not appropriate, and the motion to dismiss should be denied.  The Court will enter a *nunc pro tunc* order extending the time for service to correct the untimely service.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion to dismiss, Doc. 22, be **DENIED.**

**IN CHAMBERS** at Gainesville, Florida, this **11**<sup>th</sup> day of September, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**