IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN H. WAASER,

    Plaintiff,

v.                                                    CASE NO. 1:05-cv-00115-MP-AK

STREIT'S INC.,

    Defendant.

_____/

## **ORDER EXTENDING TIME FOR SERVICE NUNC PRO TUNC**

This matter came before the Court on Doc. 22, Defendant's Motion to Dismiss for failure to prosecute and to serve the complaint timely. By separate Report and Recommendation entered this date, the Court has recommended that the motion to dismiss be denied, as Plaintiff showed good cause for the untimely service. Rather than have Defendant re-served, which would be a waste of judicial resources in this *pro se* case–since the cost and burden of effecting service falls on the Court and the United States Marshal--the Court enters this Order to correct the untimely service.

Accordingly, it is **ORDERED:**

That the time for effecting service in this cause is hereby extended pursuant to Fed. R. Civ. P. 4(m), *nunc pro tunc*, to **August 4, 2006**.

**SO ORDERED** this **11th** day of September, 2006.

                                                    **s/ A. KORNBLUM**
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**