IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN H. WAASER,

    Plaintiff,

v.                                          CASE NO. 1:05-cv-00115-MP-AK

STREIT'S INC.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that Defendant's Motion to Dismiss be denied. The Magistrate Judge filed the Report and Recommendation on Tuesday, September 12, 2006. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

Defendant moves to dismiss this action based on Plaintiff's failure to serve the complaint within the deadline established by court order. Doc. 22. However, as the Magistrate notes, the lack of timely service was the fault of the United States Marshal and not the Plaintiff. The Court agrees with the Magistrate that Plaintiff has shown "good cause for the failure," and that the time for service should be extended pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendant's Motion to Dismiss, Doc. 22, is denied.

**DONE AND ORDERED** this   *18th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge